AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
FEB 25 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25-cr-34-JAD-NJK |
| Tru'Shauna Briana Outlaw | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | USDC<br>300 Las Vegas Blvd So<br>Las Vegas, NV 89101 | Courtroom No.: | Magistrate Judge Couvillier, III<br>3B |
|---|---|---|---|
| | | Date and Time: | 03/03/2025 @ 1:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 25, 2025

_____
Judge's signature

MAXIMILIANO D COUVILLIER, III,
*Printed name and title*