AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI LLC
321 S. Casino Center Blvd., Suite 112
Las Vegas, NV 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
Email: amanda@pellizzarilawoffice.com
Attorney for Tru'shauna Outlaw

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:25-cr-00034-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO APPEAR TELEPHONICALLY OR BY ZOOM** |
| DENZEL BRISHARD JONES, AND TRU'SHAUNA BRIANA OUTLAW | (First Request) |
| Defendants, | |

IT IS HEREBY STIPULATED AND AGREED by and between Todd Blanche, Acting Attorney General of the United States; Sigal Chattah, First Assistant United States Attorney; and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America; and Amanda S. Pellizzari, counsel for defendant Tru'Shauna Briana Outlaw that the Defendant Tru'Shauna Outlaw be allowed to appear by zoom or telephonically for the hearing scheduled for April 21, 2026 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1.  The Defendant lives in Virginia and cannot appear in person on the above date.

2.  The parties agree to the virtual appearance.

Dated this 20th day of April, 2026

TODD BLANCHE
Acting Attorney General of the United States

/s/ Amanda Pellizzari                              /s/ Melinda Brewer
By_____          By_____
AMANDA PELLIZZARI, ESQ.                  MELINDA BREWER
Nevada Bar No.: 11107                          Assistant United States Attorney
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00034-JAD-NJK |
| Plaintiff, | |
| vs. | |
| DENZEL BRISHARD JONES, AND TRU'SHAUNA BRIANA OUTLAW | |
| Defendants. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The Defendant lives in Virginia and cannot appear in person on the above date.

2.      The parties agree to the virtual appearance.

## ORDER

IT IS FURTHER ORDERED that the Defendant Tru'Shauna Outlaw can appear electronically for the hearing on April 21, 2026 at 9 a.m.

Dated this ___20th___ day of April 2026

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

*/s/Amanda S. Pellizzari*

_____
AMANDA S. PELLIZZARI, ESQ
Nevada Bar No.: 11107
321 S. Casino Center Blvd. Ste 112
Las Vegas, Nevada 89101
*Attorney for the Petitioner*