## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TRU'SHAUNA BRIANA OUTLAW

      Defendants.

Case No.:  2:25-cr-00034-JAD-NJK

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant lives out of state and does not have the funds to appear on July 20th..

3. Tru'Shauna Briana Outlaw is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. This is the first stipulation to continue filed herein.

Dated this 25th day of June 2026.

**ORDER**

IT IS THEREFORE ORDERED THAT the change of plea currently scheduled for July 20, 2026, at the hour of 2:00 p.m., be vacated and continued to July 27, 2026 at 11:00 a.m.

Dated this 29th day of June 2026

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

*/s/Amanda S. Pellizzari*

_____
AMANDA S. PELLIZZARI, ESQ
Nevada Bar No.: 11107
321 S. Casino Center Blvd. Ste 112
Las Vegas, Nevada 89101
*Attorney for the Petitioner*