**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TRU'SHAUNA BRIANA OUTLAW<br>Defendants. | Case No.: 2:25-cr-00034-JAD-NJK |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Additional time is required to complete the presentence investigation.
2. The Government anticipates victim speakers at trial and therefore requires at least 45 days for them to coordinate attendance.
3. Tru'Shauna Briana Outlaw is not incarcerated and does not object to the continuance.
4. The parties agree to the continuance.
5. This is the first stipulation to continue filed herein.

Dated this 18th day of August 2026.

**ORDER**

IT IS THEREFORE ORDERED THAT the sentencing currently scheduled for October 26, 2026, be vacated and continued to December 10, 2026, at 1:30 p.m.

Dated this 21st day of August 2026.

______________________________
UNITED STATES DISTRICT COURT JUDGE